**Order filed December 22, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00153-CR
_____

**BRENT JUSTICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1385768**

## O R D E R

The clerk's record was filed June 15, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the indictment.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before January 6, 2017, containing the indictment.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM